**FINANCIAL DISCLOSURE REPORT**

| 1. Person Reporting (Last name, First, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Downes, William F. | U.S. District Court, District of Wyoming | 5/5/94 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5. Report Type (check appropriate type) X Nomination, Date 5/5/94 __ Initial __ Annual __ Final | 6. Reporting Period 1/1/93 - 5/5/94 |
| 7. Chambers or Office Address 123 West First Street, Suite 800 Casper, WY 82601 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ Reviewing Officer Signature | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 7-8 of instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| NONE (No reportable positions) | |
| Partner | Law Offices of Brown Drew |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only, see p. 8-9 of instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| NONE (No reportable agreements) | |
| | Brown Drew Partnership and William F. Downes as Partner |
| | (See attached copy) |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of instructions.)

| DATE (Spouse's only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| NONE (No reportable non-investment income) | | |
| | Brown Drew - Partner's share of income | $ 124,182 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Downes, William F. | 5/5/94 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| American Bar Association | Loan from retirement account | J |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    
  M = $250,001 to $500,000    O = $500,001 to $1,000,000

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Downes, William F. | 5/5/94 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, (S) for separate ownership by spouse, (DC) for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-B) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value (J-P) | (4) Gain (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Law Office of Brown Drew Pts | G | | J | U | ---------- | ---- | Exempt | ---- | ---- | |
| 2 ABA Retirement Plan | | None | M | T | ---------- | ---- | Exempt | ---- | ---- | |
| 3 Public Svc. Co. of Colo. (J) | A | Div | J | T | ---------- | ---- | Exempt | ---- | ---- | |
| 4 Great Hall Rocky Mtn. TR (S) | | None | J | T | ---------- | ---- | Exempt | ---- | ---- | |
| 5 Goldman Sachs Equity (S) | | None | J | T | ---------- | ---- | Exempt | ---- | ---- | |
| 6 Great Hall Rocky Mtn. TR | | None | J | T | ---------- | ---- | Exempt | ---- | ---- | |
| 7 Great Hall Fund | | None | J | T | ---------- | ---- | Exempt | ---- | ---- | |
| 8 Great Hall Fund | | None | J | T | ---------- | ---- | Exempt | ---- | ---- | |
| 9 PEPSICO, Inc. | | None | J | T | ---------- | ---- | Exempt | ---- | ---- | |
| 10 Goldman Sachs Equity | | None | J | T | ---------- | ---- | Exempt | ---- | ---- | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Downes, William F. | 5/5/94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _William F. Downes_          Date _5/5/94_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google